MURDOCK, Justice
(dissenting).
For the reasons explained in my special writings in Ex parte Wachovia Bank, N.A., 77 So.3d 570, 576-78 (Ala.2011) (Murdock, J., dissenting), and Ex parte Autauga Heating & Cooling, LLC, 58 So.3d 745, 751-52 (Ala.2010) (Murdock, J., dissenting), I disagree with the proposition *303 that Elizabeth A. Morton is entitled to a transfer of this action to Jefferson County-based on the “interest-of-justice prong” of § 6-3-21.1, Ala.Code 1975. Additionally, I am concerned that, notwithstanding its acceptance of Ex parte Coley, 942 So.2d 349 (Ala.2006), as a case decided under the convenience prong of § 6-3-21.1, some portions of the main opinion could be read as further expanding the field of operation of the interest-of-justice prong to include certain convenience-prong factors.